# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. McGINLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 05-1005-CV-W-GAF |
| | ) | |
| RAWLINGS SPORTING GOODS | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Now before the Court is plaintiffs' Notice of Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice.


/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court


DATED:    June 5, 2006